UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RUFINA HERNANDES, REYNA MEZA, JOSE
GABRIEL SANGURIMA, MARIA REYES, and
MARIA ZUMBA QUINDE on behalf of
themselves and others similarly situated,

                Plaintiffs,

         v.

LO SEWING, INC., SL SEWING INC., MARIA
GALLEGOS, SALIM ABOUHAMRA a/k/a
SALIM ABOHAMRA a/k/a SALIM HAMRA,
and RAFOUL ABOUHAMRA, a/k/a RAFOUL
ABOHAMRA a/k/a RAFOUL ABOU HAMRA,

                Defendants.

Case No.: 1:24-cv-02882-NCM-RML

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that upon the declaration of Michael Taubenfeld, Esq., the declaration of Elissa Devins, Esq., the declarations of Plaintiffs Reyna Meza, Jose Gabriel Sangurima, Maria Reyes, and Maria Zumba Quinde and upon the annexed exhibits and accompanying memorandum of law served and filed herewith, Plaintiffs will move this court before the Honorable Natasha C. Merle, United States District Judge, on a date and time set by this Court, for an order pursuant to Fed.R.Civ.P.55 entering a default judgment on behalf of Plaintiffs against Defendants Lo Sewing, Inc., SL Sewing Inc., Maria Gallegos, and Salim Abouhamra a/k/a Salim Abohamra a/k/a Salim Hamra, jointly and severally, and awarding:

    **Jose Gabriel Sangurima**

    (1)    Unpaid    minimum    wages    in    the    amount    of    $176,188.98;

    (2)    Unpaid    overtime    wages    in    the    amount    of    $241,864.88;

    (3)    NYLL liquidated damages (NYLL-only period) in the amount of $418,053.86;

1

(4)    NYLL § 195 statutory damages in the amount of $10,000;

(5)    NYLL § 191 untimely-payment damages in the amount of $53,620.00;

(6)    Pre-judgment interest at 9% per annum from June 15, 2022 through the date of judgment;

**Maria Reyes**

(1)    Unpaid minimum wages in the amount of $197,594.22;

(2)    Unpaid overtime wages in the amount of $108,540.75;

(3)    NYLL liquidated damages (NYLL-only period) in the amount of $306,134.97;

(4)    NYLL § 195 statutory damages in the amount of $10,000;

(5)    NYLL § 191 untimely-payment damages in the amount of $45,885.00;

(6)    Pre-judgment interest at 9% per annum from February 7, 2022 through the date of judgment;

**Maria Zumba Quinde**

(1)    Unpaid minimum wages in the amount of $108,850.08;

(2)    Unpaid overtime wages in the amount of $91,097.68;

(3)    NYLL liquidated damages (NYLL-only period) in the amount of $198,267.76;

(4)    NYLL § 195 statutory damages in the amount of $10,000;

(5)    NYLL § 191 untimely-payment damages in the amount of $37,752.11;

(6)    Pre-judgment interest at 9% per annum from December 30, 2022 through the date of judgment;

**Reyna Meza**

(1)    Unpaid minimum wages in the amount of $134,406.27;

(2)    Unpaid overtime wages in the amount of $92,363.19;

(3)    NYLL liquidated damages (NYLL-only period) in the amount of $226,769.46;

(4)    NYLL § 195 statutory damages in the amount of $10,000;

(5)    NYLL § 191 untimely-payment damages in the amount of $68,250.00;

(6)    Pre-judgment interest at 9% per annum from February 7, 2022 through the date of judgment;

**Attorneys' Fees, Costs, and Other Relief (applicable to all Plaintiffs)**

(1)    Reasonable attorneys' fees and costs totaling $17,601.75;

(2)    An order increasing the judgment by 15% if Defendants do not pay within 90 days;

(3)    Post-judgment interest; and

(4)    Such other and further relief as this Court deems just and proper.

Dated: New York, New York
July 13, 2026                                  Respectfully submitted,

                                                     /s/ Michael Taubenfeld
                                                  FISHER TAUBENFELD LLP
                                                  Michael                    Taubenfeld
                                                  (michael@fishertaubenfeld.com)
                                                  225 Broadway, Suite 1700
                                                  New York, New York 10007
                                                  Phone: (212) 571-0700
                                                  Facsimile: (212) 505-2001

                                                  NEW YORK LEGAL ASSISTANCE
                                                  GROUP
                                                  Elissa Devins (devins@nylag.org)
                                                  100 Pearl St 19th Fl.
                                                  New York, NY 10004
                                                  Phone: (212) 613-5000

                                                  *ATTORNEYS FOR PLAINTIFFS*

3