**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RUFINA HERNANDES, REYNA MEZA, JOSE
GABRIEL SANGURIMA, MARIA REYES, and
MARIA ZUMBA QUINDE on behalf of themselves
and others similarly situated,

                Plaintiff,

      -against-


LO SEWING, INC., SL SEWING INC., MARIA
GALLEGOS, SALIM ABOUHAMRA a/k/a
SALIM ABOHAMRA a/k/a SALIM HAMRA,
and RAFOUL ABOUHAMRA, a/k/a RAFOUL
ABOHAMRA a/k/a RAFOUL ABOU HAMRA ,

                Defendants.

Case No.: 1:24-cv-02882-NCM-RML

**DECLARATION OF ELISSA S. DEVINS
IN SUPPORT OF DEFAULT JUDGMENT**

ELISSA S. DEVINS, declares under penalty of perjury, pursuant to 28 U.S.C. 1746 that the following to be true and correct:

1. I am an attorney duly admitted to practice in the State of New York and to the Bar of this Court and I represent Plaintiffs Rufina Hernandes, Reyna Meza, Jose Gabriel Sangurima, Maria Reyes, and Maria Zumba Quinde in this matter. I am familiar with the facts and circumstances of this case as set forth herein.

2. I am co-counsel with lead attorney, Michael Taubenfeld, who is primarily responsible for the prosecution of this matter on behalf of the Plaintiffs.

3. As a Coordinating Senior Staff Attorney in the New York Legal Assistance Group's

Employment Law Project, I have been involved with this case since its inception.

4. I respectfully submit this declaration in support of Plaintiffs' Motion for Default Judgment.

1

5. Plaintiffs are entitled to reasonable attorneys' fees and costs under the Fair Labor Standards Act, 29 U.S.C. § 216(b), and the New York Labor Law § 663 and §198.

**MY QUALIFICATIONS AND EXPERIENCE**

6. In 2000, I received a Juris Doctor degree from the N. Cardozo School of Law in New York City and I received a Bachelor of Arts degree from Carleton College in Northfield, Minnesota. I was admitted to the bar of the State of New York in 2002, and subsequently to the United States District Court for the Southern District in 2023, and the United States Eastern District in 2004. I am a member in good standing in each of these bars.

7. I have practiced labor and employment law with a focus on discrimination since being admitted to the New York Bar in 2002. After graduating from law school, I worked as an associate at Herbst & Greenwald, a private firm that specialized in Section 1983 cases and employment discrimination cases for two years before I began as a staff attorney at the New York Legal Assistance Group (NYLAG), a non-profit legal services organization that has provided legal representation to low wage and immigrant individuals for free or at low cost since 1990. Between 2002 and 2008, I represented clients in Social Security cases and cases involving Medicaid and Public Assistance. I also worked with NYLAG's Special Litigation Unit on several class actions against the City of New York that involved Food Stamps and other public benefits.

8. In 2008, I co-created the Employment Law Project at NYLAG with the goal of continuing and expanding our employment law practice for low-income, underserved New Yorkers who cannot afford legal representation. Since then, as a Coordinating Senior Staff Attorney, I have been representing clients in wage and hour, employment discrimination and leave related case—both with co-counsel, and on my own.

2

9. Plaintiffs are requesting an hourly rate of $550 for my work, which is reasonable for experienced FLSA practitioners. Santamaria v. Vee Techs., Inc., No. 22-CV-4472 (AS), 2024 WL 3030539, at *3 (S.D.N.Y. June 17, 2024) (awarding $550 to a partner in a FLSA case). Although courts in this Circuit have often awarded rates lower than $550, those courts often failed to take into inflation when awarding attorneys' fees. Rubin v. HSBC Bank USA, NA, No. 20-CV-4566, 2025 WL 248253, at *6 (E.D.N.Y. Jan. 21, 2025) (determining that given inflation a reasonable hourly rate for a partner ranges between $450-$650). Accordingly, $550 is a reasonable rate.

10. I have spent 17.5 hours working on this case, which was reasonably necessary for me to: a) meet with Plaintiffs near Defendant Lo Sewing, their work site, in Sunset Park, Brooklyn in order to gather initial facts and documents for the Complaint; b) speak to Plaintiffs on the telephone or in person to update them and receive updates about their work; c) discuss Plaintiffs' updates as shared with me by our paralegal Maya Cabral who speaks Spanish and English; d) discuss case strategy with co-counsel Michael Taubenfeld; e) review and edit Mr. Taubenfeld's drafts of filings, such as the Complaint; f) interview three of our Plaintiffs in order to draft three declarations in support of Plaintiffs' Motion for Default Judgment; g) get these three declarations signed by Plaintiffs in Sunset Park, Brooklyn, and h) draft my own Declaration in Support of Plaintiffs' Motion for Default Judgment.

11. The chart below reflects the Date, Time, Rate, Fees and Description of Work Performed by myself:

ATTORNEY ELISSA DEVINS

| DATE | TIME | RATE | FEES | Work Done |
|------|------|------|------|-----------|
| 6/20/23 | .40 | 550 | 220 | Phone        call        with |

3

| | | | | MichaelTaubenfeld (MT) |
|---|---|---|---|---|
| 6/20/23 | .20 | 550 | 110 | Review intake Hernandes and Meza |
| 6/29/23 | .80 | 550 | 440 | WhatsApp call with CLs, MT & ELP to discuss next steps |
| 7/3/23 | 1.5 | 550 | 825 | TC with Sangurima for intake |
| 8/2/23 | 2.0 | 550 | 1,100 | Meeting at Councilmember Aviles with CLs, MC, and MT |
| 8/2/23 | 1.0 | 550 | 550 | Travel to Aviles office |
| 8/16/23 | 1.2 | 550 | 660 | Meeting with Sangurima in person re Complaint |
| 2/16/2024 | 1.6 | 550 | 880 | Edit Complaint |
| 7/8/26 | 1.0 | 550 | 550 | TC w/ Meza and interpreter re her decl. |
| 7/9/26 | 1.0 | 550 | 550 | Follow up call Meza for Decl. |
| 7/9/26 | .6 | 550 | 330 | Edit Meza Decl. |
| 7/10/26 | 1.8 | 550 | 990 | TC with Sangurima re decl. |
| 7/11/26 | .8 | 550 | 440 | Edit Sangurima decl. |

4

| 7/11/26 | .8 | 550 | 440 | Draft Zumba Decl |
|---------|-----|-----|-----|------------------|
| 7/12/26 | .6 | 550 | 330 | Edit Zumba Decl |
| 7/13/26 | 1.0 | 550 | 550 | Travel to Bklyn to get client signatures |
| 7/13/26 | 1.2 | 550 | 660 | Meet with CLs in Bklyn to get signatures |
| | | | | |
| | | | | |
| TOTAL | 17.5 | | $9,615 | |

Dated: New York, New York

July 13, 2026

Elissa S. Devins