**EXHIBIT 4**

| Dates | Regular Hours Per Week | OT Hours Per Week | Total Hours Per Week | Weekly Pay | Effective Hourly Rate | Min Rate | OT Rate | OT Dmgs Per Week | Min Dmgs Per Week | Weeks | Total OT Dmgs | Total Min Dmgs | Total Liquidated Damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MARIA ZUMBA QUINDE DAMAGES | | | | | | | | | |
| 7/1/19-8/31/19 | 8.75 | 0 | 8.75 | $112.50 | $12.86 | $15.00 | $22.50 | $0.00 | $18.75 | 8 | $0.00 | $150.00 | $150.00 | $300.00 |
| 9/1/19-11/30/19 | 40 | 27 | 67 | $315.00 | $4.70 | $15.00 | $22.50 | $607.50 | $411.94 | 12 | $7,290.00 | $4,943.28 | $12,233.28 | $24,466.57 |
| 12/1/19-3/22/20 | 40 | 10 | 50 | $225.00 | $4.50 | $15.00 | $22.50 | $225.00 | $420.00 | 16 | $3,600.00 | $6,720.00 | $10,320.00 | $20,640.00 |
| 8/1/20-8/31/20 | 8.75 | 0 | 8.75 | $112.50 | $12.86 | $15.00 | $22.50 | $0.00 | $18.75 | 4 | $0.00 | $75.00 | $75.00 | $150.00 |
| 9/1/20-11/30/20 | 40 | 27 | 67 | $315.00 | $4.70 | $15.00 | $22.50 | $607.50 | $411.94 | 12 | $7,290.00 | $4,943.28 | $12,233.28 | $24,466.57 |
| 12/1/20-5/31/21 | 40 | 10 | 50 | $225.00 | $4.50 | $15.00 | $22.50 | $225.00 | $420.00 | 27 | $6,075.00 | $11,340.00 | $17,415.00 | $34,830.00 |
| 6/1/21-8/31/21 | 8.75 | 0 | 8.75 | $112.50 | $12.86 | $15.00 | $22.50 | $0.00 | $18.75 | 13.14286 | $0.00 | $246.43 | $246.43 | $492.86 |
| 9/1/21-11/30/21 | 40 | 27 | 67 | $315.00 | $4.70 | $15.00 | $22.50 | $607.50 | $411.94 | 12 | $7,290.00 | $4,943.28 | $12,233.28 | $24,466.57 |
| 12/1/21-5/31/22 | 40 | 10 | 50 | $225.00 | $4.50 | $15.00 | $22.50 | $225.00 | $420.00 | 27 | $6,075.00 | $11,340.00 | $17,415.00 | $34,830.00 |
| 6/1/22-8/31/22 | 8.75 | 0 | 8.75 | $112.50 | $12.86 | $15.00 | $22.50 | $0.00 | $18.75 | 13.14286 | $0.00 | $246.43 | $246.43 | $492.86 |
| 9/1/22-11/30/22 | 40 | 27 | 67 | $315.00 | $4.70 | $15.00 | $22.50 | $607.50 | $411.94 | 12 | $7,290.00 | $4,943.28 | $12,233.28 | $24,466.57 |
| 12/1/22-5/31/23 | 40 | 10 | 50 | $225.00 | $4.50 | $15.00 | $22.50 | $225.00 | $420.00 | 27 | $6,075.00 | $11,340.00 | $17,415.00 | $34,830.00 |
| 6/1/23-8/31/23 | 8.75 | 0 | 8.75 | $112.50 | $12.86 | $15.00 | $22.50 | $0.00 | $18.75 | 13.14286 | $0.00 | $246.43 | $246.43 | $492.86 |
| 9/1/23-11/30/23 | 40 | 27 | 67 | $315.00 | $4.70 | $15.00 | $22.50 | $607.50 | $411.94 | 12 | $7,290.00 | $4,943.28 | $12,233.28 | $24,466.57 |
| 12/1/23-12/31/23 | 40 | 10 | 50 | $225.00 | $4.50 | $15.00 | $22.50 | $225.00 | $420.00 | 4.428571 | $996.43 | $1,860.00 | $2,856.43 | $5,712.86 |
| 1/1/24-5/31/24 | 40 | 10 | 50 | $225.00 | $4.50 | $16.00 | $24.00 | $240.00 | $460.00 | 21.57143 | $5,177.14 | $9,922.86 | $15,100.00 | $30,200.00 |
| 6/1/24-8/31/24 | 8.75 | 0 | 8.75 | $112.50 | $12.86 | $16.00 | $24.00 | $0.00 | $27.50 | 13.14286 | $0.00 | $361.43 | $361.43 | $722.86 |
| 9/1/24-11/30/24 | 40 | 27 | 67 | $315.00 | $4.70 | $16.00 | $24.00 | $648.00 | $451.94 | 13 | $8,424.00 | $5,875.22 | $14,299.22 | $28,598.45 |
| 12/1/24-12/31/24 | 40 | 10 | 50 | $225.00 | $4.50 | $16.00 | $24.00 | $240.00 | $460.00 | 4.428571 | $1,062.86 | $2,037.14 | $3,100.00 | $6,200.00 |
| 1/1/25-5/31/25 | 40 | 10 | 50 | $225.00 | $4.50 | $16.50 | $24.75 | $247.50 | $480.00 | 21.57143 | $5,338.93 | $10,354.29 | $15,693.21 | $31,386.43 |
| 6/1/25-8/31/25 | 8.75 | 0 | 8.75 | $315.00 | $36.00 | $16.50 | $24.75 | $0.00 | -$170.63 | 13.14286 | $0.00 | -$2,242.50 | -$2,242.50 | -$4,485.00 |
| 9/1/25-11/31/25 | 40 | 27 | 67 | $315.00 | $4.70 | $16.50 | $24.75 | $668.25 | $471.94 | 13 | $8,687.25 | $6,135.22 | $14,822.47 | $29,644.95 |
| 12/1/25-12/31/25 | 40 | 10 | 50 | $225.00 | $4.50 | $16.50 | $24.75 | $247.50 | $480.00 | 4.428571 | $1,096.07 | $2,125.71 | $3,221.79 | $6,443.57 |
| 1/1/26-3/31/26, 6/1/26-6/30/26 | 10 | | 10 | $150.00 | $15.00 | $17.00 | $25.50 | $0.00 | $20.00 | 16 | $0.00 | $320.00 | $320.00 | $640.00 |
| 4/1/26-5/31/26 | 40 | 10 | 50 | $225.00 | $4.50 | $17.00 | $25.50 | $255.00 | $500.00 | 8 | $2,040.00 | $4,000.00 | $6,040.00 | $12,080.00 |
| | | | | | | | | | | | $91,097.68 | $107,170.08 | $198,267.76 | $396,535.52 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **MARIA REYES DAMAGES** | | | | | | | | | |
| Dates | Regular Hours Per Week | OT Hours Per Week | Total Hours Per Week | Weekly Pay | Effective Hourly Rate | Min Rate | OT Rate | OT Dmgs Per Week | Min Dmgs Per Week | Weeks | Total OT Dmgs | Total Min Dmgs | Total Liquidated Damages | Total Damages |
| 9/17/17-12/30/17 | 40 | 11 | 51 | $210.00 | $4.12 | $11.00 | $16.50 | $181.50 | $275.29 | 15 | $2,722.50 | $4,129.41 | $6,851.91 | $13,703.82 |
| 12/31/17-12/30/18 | 40 | 11 | 51 | $210.00 | $4.12 | $13.00 | $19.50 | $214.50 | $355.29 | 52 | $11,154.00 | $18,475.29 | $29,629.29 | $59,258.59 |
| 12/31/18-12/30/19 | 40 | 11 | 51 | $210.00 | $4.12 | $15.00 | $22.50 | $247.50 | $435.29 | 52 | $12,870.00 | $22,635.29 | $35,505.29 | $71,010.59 |
| 12/31/20-3/22/20 | 40 | 11 | 51 | $210.00 | $4.12 | $15.00 | $22.50 | $247.50 | $435.29 | 12 | $2,970.00 | $5,223.53 | $8,193.53 | $16,387.06 |
| 8/1/20-12/31/24 | 40 | 11 | 51 | $210.00 | $4.12 | $16.00 | $24.00 | $264.00 | $475.29 | 228 | $60,192.00 | $108,367.06 | $168,559.06 | $337,118.12 |
| 1/1/25-12/31/25 | 40 | 11 | 51 | $210.00 | $4.12 | $16.50 | $24.75 | $272.25 | $495.29 | 52 | $14,157.00 | $25,755.29 | $39,912.29 | $79,824.59 |
| 1/1/26-6/30/26 | 40 | 6.75 | 46.75 | $210.00 | $4.49 | $17.00 | $25.50 | $172.13 | $500.32 | 26 | $4,475.25 | $13,008.34 | $17,483.59 | $34,967.18 |
| | | | | | | | | | | | $108,540.75 | $197,594.22 | $306,134.97 | $612,269.95 |

| Dates | Regular Hours Per Week | OT Hours Per Week | Total Hours Per Week | Weekly Pay | Effective Hourly Rate | Min Rate | OT Rate | OT Dmgs Per Week | Min Dmgs Per Week | Weeks | Total OT Dmgs | Total Min Dmgs | Total Liquidated Damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GABRIEL SANGURIMA DAMAGES** | | | | | | | | | | | | | | |
| 6/1/18-12/30/18 | 40 | 30.25 | 70.25 | $280.00 | $3.99 | $13.00 | $19.50 | $589.88 | $360.57 | 31 | $18,286.13 | $11,177.65 | $29,463.78 | $58,927.55 |
| 12/31/18-12/30/19 | 40 | 30.25 | 70.25 | $280.00 | $3.99 | $15.00 | $22.50 | $680.63 | $440.57 | 52 | $35,392.50 | $22,909.61 | $58,302.11 | $116,604.22 |
| 12/31/20-3/22/20 | 40 | 30.25 | 70.25 | $280.00 | $3.99 | $15.00 | $22.50 | $680.63 | $440.57 | 12 | $8,167.50 | $5,286.83 | $13,454.33 | $26,908.67 |
| 8/1/20-12/31/22 | 40 | 30.25 | 70.25 | $280.00 | $3.99 | $16.00 | $24.00 | $726.00 | $480.57 | 124 | $90,024.00 | $59,590.60 | $149,614.60 | $299,229.21 |
| 1/1/23-12/31/24 | 40 | 23.25 | 63.25 | $280.00 | $4.43 | $16.00 | $24.00 | $558.00 | $462.92 | 104 | $58,032.00 | $48,144.19 | $106,176.19 | $212,352.38 |
| 1/1/25-12/31/25 | 40 | 23.25 | 63.25 | $280.00 | $4.43 | $16.50 | $24.75 | $575.44 | $482.92 | 52 | $29,922.75 | $25,112.09 | $55,034.84 | $110,069.69 |
| 1/1/26-3/31/26, 6/1/26-6/30/26 | 10 | | 10 | $150.00 | $15.00 | $17.00 | $25.50 | $0.00 | $20.00 | 16 | $0.00 | $320.00 | $320.00 | $640.00 |
| 4/1/26-5/31/26 | 40 | 10 | 50 | $280.00 | $5.60 | $17.00 | $25.50 | $255.00 | $456.00 | 8 | $2,040.00 | $3,648.00 | $5,688.00 | $11,376.00 |
| | | | | | | | | | | | $241,864.88 | $176,188.98 | $418,053.86 | $836,107.71 |

| Dates | Regular Hours Per Week | OT Hours Per Week | Total Hours Per Week | Weekly Pay | Effective Hourly Rate | Min Rate | OT Rate | OT Dmgs Per Week | Min Dmgs Per Week | Weeks | Total OT Dmgs | Total Min Dmgs | Total Liquidated Damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | REYNA MEZA DAMAGES | | | | | | | | | |
| 9/17/17-12/30/17 | 40 | 10.125 | 50.125 | $300.00 | $5.99 | $11.00 | $16.50 | $167.06 | $200.60 | 15 | $2,505.94 | $3,008.98 | $5,514.92 | $11,029.83 |
| 12/31/17-12/30/18 | 40 | 10.125 | 50.125 | $300.00 | $5.99 | $13.00 | $19.50 | $197.44 | $280.60 | 52 | $10,266.75 | $14,591.12 | $24,857.87 | $49,715.74 |
| 12/31/18-12/30/19 | 40 | 10.125 | 50.125 | $300.00 | $5.99 | $15.00 | $22.50 | $227.81 | $360.60 | 52 | $11,846.25 | $18,751.12 | $30,597.37 | $61,194.74 |
| 12/31/20-3/22/20 | 40 | 10.125 | 50.125 | $300.00 | $5.99 | $15.00 | $22.50 | $227.81 | $360.60 | 12 | $2,733.75 | $4,327.18 | $7,060.93 | $14,121.86 |
| 3/23/20-4/22/20 | 40 | 20 | 60 | $900.00 | $15.00 | $11.00 | $5.50 | $110.00 | $0.00 | 4 | $440.00 | $0.00 | $440.00 | $880.00 |
| 8/1/20-12/31/23 | 40 | 10.125 | 50.125 | $300.00 | $5.99 | $13.00 | $19.50 | $197.44 | $280.60 | 178 | $35,143.88 | $49,946.53 | $85,090.41 | $170,180.82 |
| 1/1/24-12/31/24 | 40 | 10.125 | 50.125 | $300.00 | $5.99 | $13.00 | $19.50 | $197.44 | $280.60 | 52 | $10,266.75 | $14,591.12 | $24,857.87 | $49,715.74 |
| 1/1/25-12/31/25 | 40 | 10.125 | 50.125 | $300.00 | $5.99 | $13.00 | $19.50 | $197.44 | $280.60 | 52 | $10,266.75 | $14,591.12 | $24,857.87 | $49,715.74 |
| 1/1/26-6/30/26 | 40 | 10.125 | 50.125 | $300.00 | $5.99 | $15.00 | $22.50 | $227.81 | $360.60 | 26 | $5,923.13 | $9,375.56 | $15,298.69 | $30,597.37 |
| | | | | | | | | | | | $92,363.19 | $134,406.27 | $226,769.46 | $453,538.92 |