**EXHIBIT 5**

| First name | Last name | Date | Day | In | Out | Hours | Job |
|---|---|---|---|---|---|---|---|
| Taubenfeld | | | | | | | |
| Michael | Taubenfeld | 04/04/2024 | Thu | | | 1.60 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Draft complaint | | | | | | | |
| Michael | Taubenfeld | 04/15/2024 | Mon | | | 0.80 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Revise and finalize complaint | | | | | | | |
| Michael | Taubenfeld | 01/05/2025 | Sun | | | 0.30 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Draft letter to the Court re: amending complaint | | | | | | | |
| Michael | Taubenfeld | 02/18/2025 | Tue | | | 1.20 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Draft amended complaint | | | | | | | |
| Michael | Taubenfeld | 08/07/2025 | Thu | | | 1.40 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Draft second amended complaint | | | | | | | |
| Michael | Taubenfeld | 03/05/2026 | Thu | | | 1.10 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Telco w/ clients to dsicuss next steps | | | | | | | |
| Michael | Taubenfeld | 07/08/2026 | Wed | | | 2.50 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Draft memorandum of law in support of motion for default judgment | | | | | | | |
| Michael | Taubenfeld | 07/10/2026 | Fri | | | 1.10 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Further drafting of memorandum of law in support of motion for default judgment | | | | | | | |
| Michael | Taubenfeld | 07/13/2026 | Mon | | | 3.10 | Lo Sewing › Michael Taubenfeld |
| **NOTES:** Finalize motion for default judgment | | | | | | | |