**Statement Date**
07/08/2024

United Process Service a division of
# INTERCOUNTY JUDICIAL SERVICES

225 BROADWAY, SUITE 440, NEW YORK, NY 10007
TAX ID NO.: 27-1372122

PHONE 212-619-0728   Fax 212-619-2288

## INVOICE STATEMENT

FISHER TAUBENFELD LLP
225 BROADWAY
SUITE 1700
NEW YORK, NY 10007

PAYABLE TO:
United Process Service
225 Broadway, Suite 440
New York, NY 10007

Payment MUST be submitted with a Job Number(s) unless paying Statement in Full or on Account.

Statement covers unpaid invoices through 07/08/2024.

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| 2426895 | 5/28/2024 | LO SEWING, INC. | | | Over 30 Days |
| | | | 80 39TH STREET, SUITE 301, | | Served |
| LO SEWING, INC., MARIA GALLEGOS, AND SELIN LNU | | | BROOKLYN. NY 11232 | | 5/20/2024 |
| Index | 1:24-CV-02847-NRM- | | | | |
| Service in Kings County | | | 1 | $70.00 | $70.00 |
| 2426898 | 5/28/2024 | MARIA GALLEGOS | | | Over 30 Days |
| | | | 80 39TH STREET, SUITE 301, | | Served |
| LO SEWING, INC., MARIA GALLEGOS, AND SELIN LNU | | | BROOKLYN. NY 11232 | | 5/20/2024 |
| Index | 1:24-CV-02847-NRM- | | | | |
| Postage | | | 1 | $4.00 | $4.00 |
| Service in Kings County | | | 1 | $35.00 | $35.00 |

---

| | | | |
|---|---|---|---|
| | Current: $621.50 | TOTAL DUE $ | $2,805.25 |
| **YOUR RETURN ADDRESS:** | Past 30: $2,183.75 | TOTAL DUE $ IF BY CARD | $2,889.41 |
| FISHER TAUBENFELD LLP | Past 60: $0.00 | | |
| 225 BROADWAY SUITE 1700 NEW YORK, NY 10007 | Past 90: $0.00 | AMOUNT ENCLOSED$ | |

**Statement Date**
07/08/2024

  

**MAIL PAYMENT TO:**

**United Process Service a division of**
Inter County Judicial Services LLC
225 Broadway, Suite 440
New York, NY 10007

**MAKE PAYABLE TO:**

United Process Service
225 Broadway, Suite 440
New York, NY 10007

Payment MUST be submitted with a Job Number(s), Statement in Full or on Account.

**Page 1**

Inter County Judicial Services LLC
225 Broadway, Suite 440, New York, NY 10007
Statement covers unpaid invoices through 07/08/2024.

**Statement Date**
07/08/2024

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| 2426899 | 5/28/2024 | **SELIN LNU** | | | Over 30 Days |
| | | | 80 39TH STREET, SUITE 301, | | **Served** |
| | | LO SEWING, INC., MARIA GALLEGOS, AND SELIN LNU | BROOKLYN. NY 11232 | | 5/20/2024 |
| Index | 1:24-CV-02847-NRM- | | | | |
| Copies for Service | | | 30 | $0.25 | $7.50 |
| Postage | | | 1 | $4.00 | $4.00 |
| Service in Kings County | | | 1 | $35.00 | $35.00 |
| 2423301 | 5/15/2024 | **MARIA GALLEGOS** | | | Over 30 Days |
| | | | 139 31ST STREET, 1ST FLOOR, | | **Non Served** |
| | | LO SEWING, INC., MARIA GALLEGOS, AND SELINI LNU | BROOKLYN. NY 11232 | | |
| Index | 1:24-CV-02847-NRM- | | | | |
| Service in Kings County | | | 1 | $70.00 | $70.00 |
| 2423302 | 5/15/2024 | **SELINI LNU** | | | Over 30 Days |
| | | | 139 31ST STREET, 1ST FLOOR, | | **Non Served** |
| | | LO SEWING, INC., MARIA GALLEGOS, AND SELINI LNU | BROOKLYN. NY 11232 | | |
| Index | 1:24-CV-02847-NRM- | | | | |
| Service in Kings County | | | 1 | $35.00 | $35.00 |
| 2425081 | 5/9/2024 | **LO SEWING, INC.** | | | Over 30 Days |
| | | | c/o Secretary of State, 1 | | **Served** |
| | | LO SEWING, INC., MARIA GALLEGOS, AND SELINI LNU | Commerce Plaza. Albanv. NY | | 5/6/2024 |
| Index | 1:24-CV-02847-NRM- | | | | |
| Secretary of State Fee | | | 1 | $40.00 | $40.00 |
| Advancement of fees | | | 1 | $3.00 | $3.00 |
| Service of Secretary of State | | | 1 | $70.00 | $70.00 |
| 2424392 | 5/9/2024 | **CCG MARKETING SOLUTIONS** | | $167.75 | Over 30 Days |
| | | ANDREA OSPINA | 14 HENDERSON DRIVE, WEST | | **Served** |
| | | CCG MARKETING SOLUTIONS | CALDWELL. NJ 07006 | | 4/30/2024 |
| Index | 2:24-CV-05112-ES-CLW | | | | |
| Copies for Service | | | 11 | $0.25 | $2.75 |
| Service Out of State | | | 1 | $165.00 | $165.00 |
| 2435371 | 7/2/2024 | **JAIR GONZALEZ** | | $57.50 | Current |
| | | FRANCIS RODRIGUEZ | EAST COAST AUTO SALES 4601 | | **Served** |
| | | ACCURATE TRANSPORTATION, LLC AND JAIR GONZALEZ | TONNELLE AVE. NORTH | | 06/17/2024 |
| Docket | HUD-L-000994-24 | | | | |
| Postage - Certified Mail | | | 1 | $12.50 | $12.50 |
| Service by Mail/Email | | | 1 | $45.00 | $45.00 |
| 2431596 | 6/18/2024 | **JAIR GONZALEZ** | | $187.00 | Current |
| | | FRANCIS RODRIGUEZ | 4601 TONNELLE AVENUE, | | **Non Served** |
| | | ACCURATE TRANSPORTATION, LLC AND JAIR GONZALEZ | NORTH BERGEN. NJ 07047 | | |
| Docket | HUD-L-000994-24 | | | | |
| Copies for Service | | | 8 | $0.25 | $2.00 |
| Service Out of State | | | 1 | $135.00 | $135.00 |
| Personal In Hand | | | 1 | $50.00 | $50.00 |

**Page 2**

Statement Date
01/06/2025

**UnitedProcessServiceadivisionof**
# INTERCOUNTY JUDICIAL  SERVICES

225 BROADWAY, SUITE 440, NEW YORK , NY 10007
TAX ID NO.: 27-1372122

PHONE 212-619-0728 Fax 212-619-2288

## INVOICE STATEMENT

FISHER TAUBENFELD LLP
225 BROADWAY
SUITE 1700
NEW YORK, NY 10007

<mark>PAYABLE TO:</mark>

United Process Service
225 Broadway, Suite 440
New York, NY 10007

Payment **MUST** be submitted with a Job Number(s) unless paying Statement in Full or on Account.

Statement covers unpaid invoices through 01/06/2025.

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| 2472917 | 1/3/2025 | SLSEWINGINC. | | $120.50 | Current |
| | | <mark>ALEJANDRA BADILLO</mark> | | c/o Secretary of State, 1 | Served |
| | | LO SEWING, INC., SL SEWING INC., MARIA GALLEGOS, AND SELIN LNU | | Commerce Plaza, Albany, NY | 12/20/2024 |
| | Index | 24-CV-02847-NRM-JAM | | | |
| | Copies for Service | | 30 | $0.25 | $7.50 |
| | Secretary of State Fee | | 1 | $40.00 | $40.00 |
| | Advancement of fees | | 1 | $3.00 | $3.00 |
| | Service of Secretary of State | | 1 | $70.00 | $70.00 |
| 2467909 | 1/3/2025 | JOSEPHBACCELLIERIc/oNYSOFFICEOF | | $77.50 | Current |
| | | ARIANA BELFORT LEE | | 25 BEAVER STREET, NEW | Non Served |
| | | NEW YORK STATE UNITED COURT SYSTEM, JOSEPH BACCELLIERI, | | YORK, NY 10004 | |
| | Index | 1:24-CV-06819-JGK | | | |
| | Copies for Service | | 30 | $0.25 | $7.50 |
| | Service in New York County | | 1 | $70.00 | $70.00 |

| Current: $1,427.00 | TOTAL DUE $ | $1,427.00 |
|---|---|---|
| Past   30:   $0.00 | TOTAL DUE $ IF BY CARD | $1,469.81 |
| Past   60:   $0.00 | | |
| Past 90: $0.00 | AMOUNT ENCLOSED$ | |

**YOUR RETURN ADDRESS:**
FISHER TAUBENFELD LLP
225 BROADWAY
SUITE 1700
NEW YORK, NY 10007

Statement Date
01/06/2025

 

**MAIL PAYMENT TO:**

**UnitedProcessServiceadivision of**

Inter County Judicial Services LLC
225 Broadway, Suite 440
New York, NY 10007

**MAKE PAYABLE TO:**

United Process Service
225 Broadway, Suite 440
New York, NY 10007

Payment **MUST** be submitted with a Job Number(s), Statement in Full or on Account.

**Page 1**

**Statement Date**
05/07/2024

**UnitedProcessServiceadivisionof**
# INTERCOUNTY JUDICIAL   SERVICES

225 BROADWAY, SUITE 440, NEW YORK , NY 10007
TAX ID NO.: 27-1372122

PHONE  212-619-0728 Fax 212-619-2288

## INVOICE STATEMENT

FISHER TAUBENFELD LLP
225 BROADWAY
SUITE 1700
NEW YORK, NY 10007

**PAYABLE TO:**
United Process Service
225 Broadway, Suite 440
New York, NY 10007

Payment **MUST** be submitted with a Job Number(s) unless paying Statement in Full or on Account.

Statement covers unpaid invoices through 05/07/2024.

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| **2423299** | **4/30/2024** | **LOSEWING,INC.** | | **$92.50** | **Current** |
| ALEJANDRA BADILLO | | | | 139 31ST STREET, 1ST FLOOR, BROOKLYN, NY 11232 | **Non Served** |
| LO SEWING, INC., MARIA GALLEGOS, AND SELINI LNU | | | | | |
| Index | 1:24-CV-02847-NRM- | | | | |
| Copies for Service | | | 90 | $0.25 | $22.50 |
| Service in Kings County | | | 1 | $70.00 | $70.00 |
| | | | | | |
| **2416381** | **4/2/2024** | **BISHOPJOSEPHALEXANDER** | | **$88.50** | **Over 30 Days** |
| DIONISIO CASTILLO, ANGEL PIGUERO, AND MODESTO GUERRERO | | | | 10 ELMSMERE RD, MOUNT VERNON, NY 10552 | **Served** |
| BISHOP JOSEPH ALEXANDER | | | | | **3/25/2024** |
| Index | 58754/2024 | | | | |
| Copies for Service | | | 38 | $0.25 | $9.50 |
| Postage | | | 1 | $4.00 | $4.00 |
| Service in Westchester County | | | 1 | $75.00 | $75.00 |

| | | | | |
|---|---|---|---|---|
| **YOUR RETURN ADDRESS:** | Current:  $819.50 | | TOTAL DUE $ | **$1,337.25** |
| FISHER TAUBENFELD LLP 225 BROADWAY SUITE 1700 NEW YORK, NY 10007 | Past 30: $517.75 | | TOTAL DUE $ BY CARD | **$1,377.37** |
| | Past  60:  $0.00 | | | |
| | Past 90: $0.00 | | AMOUNT ENCLOSED$ | |

**Statement Date**
05/07/2024

 

**MAIL PAYMENT TO:**

**UnitedProcessServiceadivision of**

Inter County Judicial Services LLC
225 Broadway, Suite 440
New York, NY 10007

**MAKE PAYABLE TO:**

United Process Service
225 Broadway, Suite 440
New York, NY 10007

Payment **MUST** be submitted with a Job Number(s), Statement in Full or on Account.

**Page 1**

**Statement Date**
06/30/2025

# INTER  COUNTY JUDICIAL    SERVICES, A  FIRST LEGAL  COMPANY

(U)

225 BROADWAY, SUITE 440, NEW YORK , NY 10007
TAX ID NO.: 99-3169047

PHONE 212-619-0728 Fax 212-619-2288

## INVOICE STATEMENT

FISHER TAUBENFELD LLP
225 BROADWAY
SUITE 1700
NEW YORK, NY 10007

==PAYABLE TO:==
INTER COUNTY JUDICIAL SERVICE or UNITED
PROCESS SERVICE
P.O. BOX 410098
BOSTON, MA 02241-0098

Payment **MUST** be submitted with **Job Number(s)**
unless paying **StatementinFull**  or **on Account**.

Statement covers unpaid invoices through 06/30/2025.

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| **2524228** | **5/25/2025** | **MARIAGALLEGOS** | | **$114.00** | **Over 30Days** |
| ==ALEJANDRA BADILLO== | | | | | **Served** |
| LO SEWING, INC., ETAL | | 80 39TH STREET, SUITE 301, BROOKLYN, NY 11232 | | | **4/24/2025** |
| Index | 24-CV-02847-NRM-JAM | | | | |
| Postage | | | 1 | $4.00 | $4.00 |
| Rush | | | 1 | $40.00 | $40.00 |
| Service in Kings County | | | 1 | $70.00 | $70.00 |
| **2524243** | **5/25/2025** | **SL SEWING - C/O HANRY ABOUHAMRA** | | **$110.00** | **Over 30 Days** |
| ==ALEJANDRA BADILLO== | | | | | **Served** |
| LO SEWING, INC., ETAL | | 80 39TH STREET, SUITE 301, BROOKLYN, NY 11232 | | | **4/24/2025** |
| Index | 24-CV-02847-NRM-JAM | | | | |
| Rush | | | 1 | $40.00 | $40.00 |
| Service in Kings County | | | 1 | $70.00 | $70.00 |

| | | | |
|---|---|---|---|
| Current: $0.00 | | TOTAL DUE $ | **$1,452.25** |
| Past 30: $996.25 | | TOTAL DUE $ IF BY CARD | **$1,495.82** |
| Past 60: $456.00 | | AMOUNT ENCLOSED$ | |
| Past 90: $0.00 | | | |

**YOUR RETURN ADDRESS:**
FISHER TAUBENFELD LLP
225 BROADWAY
SUITE 1700
NEW YORK, NY 10007

**StatementDate**
06/30/2025

 

**MAIL PAYMENT TO:**

FIRST LEGAL BUYER, INC
P.O. BOX 410098
BOSTON, MA 02241-0098

**MAKE PAYABLE TO:**

INTER COUNTY JUDICIAL SERVICE or
UNITED PROCESSS SERVICE
P.O. BOX 410098
BOSTON, MA 02241-0098

(U)

**Page 1**

Payment **MUST** be submitted with a Job Number(s),
Statement in Full or on Account.

Inter County Judicial Services LLC
225 Broadway, Suite 440, New York, NY 10007
Statement covers unpaid invoices through 06/30/2025.

**Statement Date**
06/30/2025

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| **2520104** | **5/23/2025** | **SLSEWING INC.- C/OHANRY ABOUHAMRA** | | **$110.00** | **Over 30Days** |
| ALEJANDRA BADILLO | | | | | **Served** |
| LO SEWING, INC., ETAL | | 80 39TH STREET, SUITE 301, BROOKLYN, NY 11232 | | | **4/9/2025** |
| Index | 1:24-cv-02847-NRM-JAM | | | | |
| Rush | | | 1 | $40.00 | $40.00 |
| Service in Kings County | | | 1 | $70.00 | $70.00 |
| | | | | | |
| **2520112** | **5/23/2025** | **MARIA GALLEGOS** | | **$110.00** | **Over 30 Days** |
| ALEJANDRA BADILLO | | | | | **Served** |
| LO SEWING, INC., ETAL | | 80 39TH STREET, SUITE 301, BROOKLYN, NY 11232 | | | **4/9/2025** |
| Index | 1:24-cv-02847-NRM-JAM | | | | |
| Rush | | | 1 | $40.00 | $40.00 |
| Service in Kings County | | | 1 | $70.00 | $70.00 |
| | | | | | |
| **2517621** | **4/29/2025** | **MALISSA BROWNE** | | **$70.00** | **Over 30 Days** |
| ANDRE HONORE | | | | | **Non Served** |
| COOKS & CAPTAINS LLC, PETER BEST, AND MALISSA BROWNE | | | | | |
| Index | 1:25-CV-01607-CLP | | | | |
| Service in Kings County | | | 1 | $70.00 | $70.00 |
| | | | | | |
| **2517619** | **4/29/2025** | **PETER BEST** | | **$35.00** | **Over 30 Days** |
| ANDRE HONORE | | | | | **Non Served** |
| COOKS & CAPTAINS LLC, PETER BEST, AND MALISSA BROWNE | | | | | |
| Index | 1:25-CV-01607-CLP | | | | |
| Service in Kings County | | | 1 | $35.00 | $35.00 |
| | | | | | |
| **2529152** | **5/23/2025** | **JOHN B. LOVETT AND ASSOCIATES, LTD.** | | **$110.00** | **Over 30 Days** |
| FRANCESCA COSTA | | | | | **Served** |
| JOHN B. LOVETT AND ASSOCIATES, LTD.ANDEILEENALEXANDER | | 109-15 14TH AVENUE, COLLEGE POINT, NY 11356 | | | **5/21/2025** |
| Index | 1:23-CV-07557-NG-JRC | | | | |
| Rush | | | 1 | $40.00 | $40.00 |
| Service in Queens County | | | 1 | $70.00 | $70.00 |
| | | | | | |
| **2529154** | **5/23/2025** | **EILEEN ALEXANDER** | | **$114.00** | **Over 30 Days** |
| FRANCESCA COSTA | | | | | **Served** |
| JOHN B. LOVETT AND ASSOCIATES, LTD. AND EILEEN ALEXANDER | | 109-15 14TH AVENUE, COLLEGE POINT, NY 11356 | | | **5/21/2025** |
| Index | 1:23-CV-07557-NG-JRC | | | | |
| Postage | | | 1 | $4.00 | $4.00 |
| Rush | | | 1 | $40.00 | $40.00 |
| Service in Queens County | | | 1 | $70.00 | $70.00 |
| | | | | | |
| **2522169** | **5/25/2025** | **LUIS DEJESUS** | | **$130.00** | **Over 30 Days** |
| IRENE MARTINEZHERRERA | | | | | **Non Served** |
| LDJ CONTRACTING, LLC ETAL | | | | | |
| Index | 7-23-CV-10326-PMH | | | | |
| Rush - Same Day | | | 1 | $55.00 | $55.00 |
| Service in Westchester County | | | 1 | $75.00 | $75.00 |