UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUFINA HERNANDES, REYNA MEZA, JOSE GABRIEL SANGURIMA, MARIA REYES, and MARIA ZUMBA QUINDE on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LO SEWING, INC., SL SEWING INC., MARIA GALLEGOS, SALIM ABOUHAMRA a/k/a SALIM ABOHAMRA a/k/a SALIM HAMRA, and RAFOUL ABOUHAMRA, a/k/a RAFOUL ABOHAMRA a/k/a RAFOUL ABOU HAMRA,<br><br>Defendants. | Case No.: 1:24-cv-02882-NCM-RML<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the declaration of Michael Taubenfeld, Esq., the declaration of Elissa Devins, Esq., the declarations of Plaintiff Rufina Hernandes and upon the annexed exhibits and accompanying memorandum of law served and filed herewith, Plaintiff Rufina Hernandes will move this court before the Honorable Natasha C. Merle, United States District Judge, on a date and time set by this Court, for an order pursuant to Fed.R.Civ.P.55 entering a default judgment on behalf of Plaintiff Rufina Hernandes against Defendants Lo Sewing, Inc., SL Sewing Inc., Maria Gallegos, and Salim Abouhamra a/k/a Salim Abohamra a/k/a Salim Hamra, jointly and severally, and awarding:

(1)     Unpaid minimum wages in the amount of $138,142.56;

(2)     Unpaid overtime wages in the amount of $138,867.94;

(3)     NYLL liquidated damages (NYLL-only period) in the amount of $277,010.50;

(4)     NYLL § 195 statutory damages in the amount of $10,000;

1

(5)     NYLL § 191 untimely-payment damages in the amount of $50,315.00;

(6)     Daily pre-judgment interest at 9% per annum totaling of $68.30 from January 29, 2021 through the date of judgment;

(7)     Reasonable attorneys' fees totaling $10,060.00;

(8)     Increase the judgment by 15% if Defendants do not pay within 90 days; and

(9)     Such other and further relief as this Court deems just and proper.

Dated: New York, New York
      July 20, 2026                        Respectfully submitted,

                                            /s/ Michael Taubenfeld_____
FISHER TAUBENFELD LLP
Michael                             Taubenfeld
(michael@fishertaubenfeld.com)
225 Broadway, Suite 1700
New York, New York 10007
Phone: (212) 571-0700
Facsimile: (212) 505-2001

NEW YORK LEGAL ASSISTANCE
GROUP
Elissa Devins (devins@nylag.org)
100 Pearl St 19th Fl.
New York, NY 10004
Phone: (212) 613-5000

*ATTORNEYS FOR PLAINTIFFS*