# EXHIBIT 4

| Dates | Regular Hours Per Week | OT Hours Per Week | Total Hours Per Week | Weekly Pay | Effective Hourly Rate | Min Rate | OT Rate | OT Dmgs Per Week | Min Dmgs Per Week | Weeks | Total OT Dmgs | Total Min Dmgs | Total Liquidated Damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **RUFINA HERNANDES DAMAGES** | | | | | | | | | | |
| 9/1/17-12/30/17 | 40 | 23 | 63 | $290.00 | $4.60 | $11.00 | $16.50 | $273.63 | $255.87 | 15 | $4,104.40 | $3,838.10 | $7,942.50 | $15,885.00 |
| 12/31/17-12/30/18 | 40 | 23 | 63 | $290.00 | $4.60 | $13.00 | $19.50 | $342.63 | $335.87 | 51 | $17,473.98 | $17,129.52 | $34,603.50 | $69,207.00 |
| 12/31/18-12/31/23 | 40 | 23 | 63 | $290.00 | $4.60 | $15.00 | $22.50 | $411.63 | $415.87 | 255 | $104,964.88 | $106,047.62 | $211,012.50 | $422,025.00 |
| 1/1/24-6/30/24 | 40 | 23 | 63 | $290.00 | $4.60 | $16.00 | $24.00 | $446.13 | $455.87 | 26 | $11,599.30 | $11,852.70 | $23,452.00 | $46,904.00 |
| | | | | | | | | | | | $138,142.56 | $138,867.94 | $277,010.50 | $554,021.00 |