UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUFINA HERNANDES, REYNA MEZA, JOSE GABRIEL SANGURIMA, MARIA REYES, and MARIA ZUMBA QUINDE on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>LO SEWING, INC., SL SEWING INC., MARIA GALLEGOS, SALIM ABOUHAMRA a/k/a SALIM ABOHAMRA a/k/a SALIM HAMRA, and RAFOUL ABOUHAMRA, a/k/a RAFOUL ABOHAMRA a/k/a RAFOUL ABOU HAMRA<br><br>Defendants. | Case No.: 1:24-cv-02882-NRM-RML |

# DECLARATION OF SERVICE

I, SUSANNE SOLER, declare under penalty of perjury pursuant to 28 U.S.C.§ 1746:

1. I am not a party to this action, am over 18 years of age and reside in New Jersey. On July 21, 2026, I served Plaintiff Rufina Hernandes' Motion for Default Judgement upon Defendants at their last known addresses as follows:

2. I served Defendant Lo Sewing, Inc. by first-class mail a copy of Plaintiff Rufina Hernandes' Motion for Default Judgment to 139 31st Street, Brooklyn, NY 11232 and 234 46th Street, Brooklyn, NY 11220.

3. I served Defendant SL Sewing Inc. by first-class mail a copy of Plaintiff Rufina Hernandes' Motion for Default Judgment to 80 39th Street, Suite 301, Brooklyn, NY 11232 and 234 46th Street, Brooklyn, NY 11220.

4. I served Defendant Maria Gallegos by first-class mail a copy of Plaintiff Rufina Hernandes' Motion for Default Judgment to 234 46th Street, Brooklyn, NY 11220.

5. I served Defendant Salim Abouhamra by first-class mail a copy of Plaintiff Rufina Hernandes' Motion for Default Judgment to 234 46th Street, Brooklyn, NY 11220.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2026

__________/s/__________________

SUSANNE SOLER